FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2014

No. 04-14-00213-CV

**IN RE** Kristopher Michael **MONTEMAYOR**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

Relator filed a petition for writ of mandamus on April 1, 2014 and an amended petition for writ of mandamus on April 3, 2014. The court has considered relator's petition and amended petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 4th, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2004-CVG-000909-C1, styled *In the Interest of K.M.M. and K.M.M. Jr., Children*, pending in the County Court At Law No. 1, Webb County, Texas, the Honorable Elma T. Salinas Ender presiding.